```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 03 B 50394
   RHONDA R WILLIAMS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9334

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/15/2003 and was confirmed 03/01/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 08/24/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG   32058.03              .00       32058.03
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    6523.34              .00        6523.34
HOMEQ SERVICING           CURRENT MORTG    5880.00              .00        5880.00
HOMEQ SERVICING           MORTGAGE ARRE    6790.54              .00        6790.54
ADT SECURITY              UNSECURED       NOT FILED             .00             .00
AGD FINANCIAL TRUST       UNSECURED       NOT FILED             .00             .00
AAA CHECKMATE             UNSECURED        1249.36              .00         124.94
AMERITECH CELLULAR        UNSECURED       NOT FILED             .00             .00
CHECK N GO                UNSECURED         446.25              .00          44.63
CITY OF CHICAGO PARKING   UNSECURED         360.00              .00          36.00
COLUMBIA HOUSE            UNSECURED       NOT FILED             .00             .00
DOMINICKS                 UNSECURED       NOT FILED             .00             .00
DYMACOL CORP              UNSECURED       NOT FILED             .00             .00
EMER & AMBULATORY CARE C  UNSECURED       NOT FILED             .00             .00
JEFFREY PAUL FEFFER DDS   UNSECURED       NOT FILED             .00             .00
JEWEL                     UNSECURED       NOT FILED             .00             .00
MAJESTIC STAR             UNSECURED       NOT FILED             .00             .00
NCO                       UNSECURED       NOT FILED             .00             .00
PROVIDIAN                 UNSECURED       NOT FILED             .00             .00
NICOR GAS                 UNSECURED         807.21              .00          80.72
SBC                       UNSECURED       NOT FILED             .00             .00
SOUTHWEST OB/GYN LTD      UNSECURED       NOT FILED             .00             .00
ROBERT V SCHALLER ^       REIMBURSEMENT     194.00              .00         194.00
ILLINOIS DEPT OF REVENUE  PRIORITY          283.61              .00         283.61
ILLINOIS DEPT OF REVENUE  UNSECURED         189.31              .00          18.93
ROBERT V SCHALLER ^       DEBTOR ATTY     2,700.00                        2,700.00
TOM VAUGHN                TRUSTEE                                         3,100.22
DEBTOR REFUND             REFUND                                            453.74

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 03 B 50394 RHONDA R WILLIAMS
```

```
--------------------------------------------------------------------------------
TRUSTEE                                  58,288.70

PRIORITY                                                           477.61
SECURED                                                         51,251.91
UNSECURED                                                          305.22
ADMINISTRATIVE                                                   2,700.00
TRUSTEE COMPENSATION                                             3,100.22
DEBTOR REFUND                                                      453.74
                                        ---------------    ---------------
TOTALS                                   58,288.70               58,288.70
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 11/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE